IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CRISTINA VAN VOORN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action File |
| AMBER FLETCHER; CHRISTIAN FLETCHER; and LIFEBRITE LABORATORIES, LLC; | ) No. 1:17-cv-03626-SCJ |
| Defendants. | ) |

## ORDER GRANTING PLAINTIFF'S JOINT MOTION FOR APPROVAL OF SETTLEMENT

Having considered the supporting memorandum of law, declaration, and exhibits, and the agreement of the parties, the Court hereby **GRANTS** Plaintiff's Joint Motion for Approval of Settlement and **ORDERS** that Plaintiff is awarded attorneys' fees and reimbursement of costs in the amounts set forth in the Memorandum of Law in Support of Plaintiff's Joint Motion for Approval of Settlement.

SO ORDERED, this __27th__ day of __October__ 2017.

s/Steve C. Jones
HON. STEVE C. JONES, JUDGE
UNITED STATES DISTRICT COURT